Scott Sagaria (State Bar No.217981)
sjsagaria@sagarialaw.com
Elliot Gale (State Bar No. 263326)
egale@sagarialaw.com
Joe Angelo (State Bar No. 268542)
jangelo@sagarialaw.com
SAGARIA LAW, P.C.
3017 Douglas Blvd., Ste. 200
Roseville, California 95661
Telephone: (408) 279-2288
Facsimile: (408) 279-2299

Attorneys for Plaintiff
Catherine Reyes

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA — SAN JOSE DIVISION

| | |
|---|---|
| CATHERINE REYES,<br><br>    Plaintiff,<br><br>vs.<br><br>EQUIFAX, INC.; et. al.,<br><br>    Defendants. | Federal Case No.: 5:17-CV-05425-BLF<br><br>**STIPULATED REQUEST FOR DISMISSAL OF DEFENDANT EQUIFAX, INC.; [PROPOSED] ORDER** |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

IT IS HEREBY STIPULATED by and between plaintiff Catherine Reyes and defendant Equifax, Inc. ("Equifax"), that Equifax be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, section 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

//

//

//

//

DATED:  February 8, 2018          Sagaria Law, P.C.

                                  By: _____/s/ Elliot W. Gale_____
                                              Elliot W. Gale
                                  Attorneys for Plaintiff
                                  Catherine Reyes


DATED:  February 8, 2018          Nokes & Quinn



                                  By: _____/s/ Thomas P. Quinn, Jr._____
                                              Thomas P. Quinn, Jr.
                                  Attorneys for Defendant
                                  Equifax, Inc.


I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Thomas P. Quinn, Jr. has concurred in this filing.

*/s/ Elliot Gale*


## [PROPOSED] ORDER

Pursuant to the stipulation of the Parties, Equifax is dismissed with prejudice, and that each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.


DATED: _February 9, 2018_                    _____
                                             BETH L. FREEMAN
                                             UNITED STATES DISTRICT JUDGE