SCOTT J. SAGARIA (SBN 217981)
sjsagaria@sagarialaw.com
ELLIOT W. GALE (SBN 263326)
egale@sagarialaw.com
JOE ANGELO (SBN 268542)
jangelo@sagarialaw.com
**SAGARIA LAW, P.C.**
3017 Douglas Blvd., Ste. 200
Roseville, CA 95661
408-279-2299
408-279-2299 (f)

Attorneys for Plaintiff
Catherine Reyes

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| CATHERINE REYES,<br>　　　　Plaintiff,<br><br>　vs.<br><br>BMW FINANCIAL SERVICES, and DOES 1 THROUGH 100 INCLUSIVE;<br>　　　　Defendants. | CASE NO. 5:17-cv-05425-BLF<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE, PURSUANT TO FED. R. CIV. P. 41(a); AND [PROPOSED] ORDER** |

Plaintiff Catherine Reyes ("Plaintiff") and Defendant BMW Financial Services NA, LLC ("BMW FS"), by and through their respective counsel, hereby stipulate and agree that all matters between them have been resolved, and that Plaintiff's complaint, including all causes of action alleged therein, against BMW FS should be dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a), with each party to bear its own costs and attorneys' fees.

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE, PURSUANT TO FED. R. CIV. P. 41(a); AND [PROPOSED] ORDER – 5:17-CV-05425-BLF**

Respectfully submitted,

Date:  May 9, 2018

*s/ Elliot W. Gale*
Elliot W. Gale
Sagaria Law, P.C.
*Counsel for Plaintiff Catherine Reyes*


Date:  May 9, 2018

*/s/ Dustin A. Linden*
Dustin A. Linden
Strook & Strook & Lavan, LLP
*Counsel for Defendant BMW Financial Services NA, LLC*

Pursuant to Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the Signatories.
*/s/ Elliot Gale*


## [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that Plaintiff Catherine Reyes's complaint, and all causes of action alleged therein, against Defendant BMW Financial Services, NA, LLC is dismissed with prejudice.  The parties shall each bear their own costs and attorneys' fees.

Date:  _____        _____

BETH L. FREEMAN
U.S. DISTRICT JUDGE, United States District Court, Northern District of California

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE, PURSUANT TO FED. R. CIV. P. 41(a); AND [PROPOSED] ORDER – 5:17-CV-05425-BLF**